William HUND, Jr., and one, respts., v. Louisa BEHRINGER, applt. (Supreme Court, Appellate Division, Fourth Department. Oc-

tober 18, 1916.) Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.